**Fill in this information to identify the case:**

Debtor name   **ONE Media Corp, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 19, 2017**         X **/s/ Ricardo Venegas**
                                        Signature of individual signing on behalf of debtor

                                        **Ricardo Venegas**
                                        Printed name

                                        **Authorized Signatory**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **ONE Media Corp, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................... $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................... $ ____233,542.07

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................... $ ____233,542.07

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $ ____13,654.10

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ ____244,760.88

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ ____47,598,744.78

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b

$ ____47,857,159.76

---

**Fill in this information to identify the case:**

Debtor name     **ONE Media Corp, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| | **JPMorgan Chase Bank, N.A.**<br>**PO Box 659754**<br>**San Antonio, TX 78265-9754** | | |
| | ***There is $35,221.08 in the account,**<br>**however, $34,716.30 was collected on**<br>**behalf of Aser Media US LLC, which**<br>**acquired certain accounts receivables**<br>**under an Asset Purchase Agreement,** | | |
| 3.1. | **dated March 8, 2017.** | **Checking** | **9116** | **$504.78** * |
| | **C/o Halperin Battaglia Benzija, LLP**<br>**40 Wall Street, 37th Floor**<br>**New York, NY 10005** | | |
| | ***Funds held in an attorney's escrow**<br>**account for the sole and exclusive**<br>**benefit of consultants retained to**<br>**assist the Debtor in winding down its**<br>**affairs and satisfying the Debtor's**<br>**obligations to provide transition**<br>**services to Aser Media US LLC**<br>**pursuant to the Asset Purchase**<br>**Agreement. There is $57,500 in the**<br>**account, $16,398.12 of which remains** | | |
| 3.2. | **owing to and held for a consultant.** | **Escrow account** | | **$41,101.88** * |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  **ONE Media Corp, Inc.** _____    Case number _(If known)_ _____
Name

**C/o Halperin Battaglia Benzija, LLP**
**40 Wall Street, 37th Floor**
3.3.  **New York, NY 10005** _____    _____    **$13,682.95**

---

4.    **Other cash equivalents** _(Identify all)_

5.    **Total of Part 1.**    **$55,289.61**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

      **Security deposit held by 750 Third Owner LLC under lease for non-residential property**
   7.1.  **located at 750 Third Avenue, Suite 2601, New York, NY.**    **$152,572.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9.    **Total of Part 2.**    **$152,572.00**

   Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

   11b. Over 90 days old:    **86,669.33** *  -  **86,669.33**  =....    **$0.00**
                             face amount          doubtful or uncollectible accounts
   *subject to setoff rights.

12.    **Total of Part 3.**    **$0.00**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ☐ No.  Go to Part 5.
   ■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 2

| Debtor | **ONE Media Corp, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | **One Connxt LLC** | **25** % | **N/A** | **Undetermined** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**                                                                                                            **$0.00**
Add lines 14 through 16. Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Office equipment and furniture | **$82,352.57** | | **$25,680.46** |
| 40. **Office fixtures** <br> Leasehold improvements | **$22,351.10** | | **Undetermined** |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                           **$25,680.46**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   __ONE Media Corp, Inc._____   Case number *(if known)* _____
                Name

---

**Part 8:       Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:       Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Office located at 750 Third Avenue, Suite 2601, New York, NY 10017.** | tenant | $0.00 | | $0.00 |

56.       **Total of Part 9.**
          Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
          Copy the total to line 88.
|  |
|---|
| $0.00 |

57.       **Is a depreciation schedule available for any of the property listed in Part 9?**
          ■ No
          ☐ Yes

58.       **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

---

**Part 10:      Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:      All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |
|---|
| Current value of debtor's interest |

71.       **Notes receivable**

---

Debtor  __**ONE Media Corp, Inc.**_____     Case number *(If known)* _____
          Name

Description (include name of obligor)

| | | | |
|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| | **Unused net operating losses of $70 million.** | Tax year **2009-2017** | $0.00 |

| | |
|---|---|
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Pursuant to the Asset Purchase Agreement, dated March 8, 2017, this amount is being held by Aser Media US LLC to satisfy any penalty imposed against the Debtor by the Internal Revenue Service. The Debtor requested an abatement and is awaiting a response from the Internal Revenue Service.** |

Nature of claim    _____

Amount requested    _____**$19,541.53**_____

**Undetermined**

| | |
|---|---|
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. |

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **ONE Media Corp, Inc.**  
     Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $55,289.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $152,572.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,680.46 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $233,542.07 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $233,542.07 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **ONE Media Corp, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **CIT** | Describe debtor's property that is subject to a lien | $13,654.10 | $0.00 |
|---|---|---|---|---|

**2.1**   **CIT**

Creditor's Name

**Attn: President or Gen Counsel**
**21146 Network Place**
**Chicago, IL 60673**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**Master Equipment Lease for various technology equipment (assigned from DDI Leasing)**

Describe the lien

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Amount of claim** Do not deduct the value of collateral.    **$13,654.10**

**Value of collateral that supports this claim**    **$0.00**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$13,654.10**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      **ONE Media Corp, Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)      _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,493.17** | **Unknown**

**Connecticut Dept of Revenue**
**Attn: President or Gen Counsel**
**PO Box 5089**
**Hartford, CT 06102-5089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29,166.66** | **Unknown**

**Dave Almstead**
**8602 Vista Point Cove**
**Orlando, FL 32836**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ONE Media Corp, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$81.22** | **Unknown** |
|---|---|---|---|---|

**Employment Development Dept
State of California
PO Box 989061
West Sacramento, CA 95798**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **Unknown** |
|---|---|---|---|---|

**Florida Department of Revenue
OUT OF STATE COLLECTIONS
UNIT
Lake City, FL 32055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,251.49** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service
UNRPR-IRP
Philadelphia, PA 19154-2100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$166,666.50** | **Unknown** |
|---|---|---|---|---|

**Joel Feld
38 Wendt Avenue
Larchmont, NY 10538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **ONE Media Corp, Inc.**                                    Case number *(if known)* _____
        _____
        Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.89 | Unknown |

2.7 — Priority creditor's name and mailing address

**NYS AR Levy Receivables**
**Comm of Taxation & Finance**
**Binghamton, NY 13902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$106.89   Unknown

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8 — Priority creditor's name and mailing address

**Rachel Gary**
**19 Sherwood Road**
**Springfield, NJ 07081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$20,510.17   Unknown

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.9 — Priority creditor's name and mailing address

**Tennessee Dept. of Revenue**
**Andrew Jackson State Office Bl**
**Attn: President or Gen Counsel**
**Nashville, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$184.78   Unknown

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.10 — Priority creditor's name and mailing address

**Todd Myers**
**644 Yorkshire Drive**
**Oviedo, FL 32765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Undetermined   Unknown

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | ONE Media Corp, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,950.32 |
|---|---|---|
| **270 Strategies Inc.**<br>**Attn: President or Gen Counsel**<br>**626 W Jackson Blvd., Suite 600**<br>**Chicago, IL 60661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,060.00 |
|---|---|---|
| **5 Star Cleaning Service**<br>**Attn: President or Gen Counsel**<br>**220 Ashley Oaks Drive**<br>**McDonough, GA 30253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144,837.00 |
|---|---|---|
| **750 Third Owner LLC**<br>**Attn: Pres or General Counsel**<br>**420 Lexington Avenue, 19th Fl**<br>**New York, NY 10170** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,270.00 |
|---|---|---|
| **Accelent**<br>**57 Green Farms Road**<br>**Attn: President or Gen Counsel**<br>**Westport, CT 06880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,687.59 |
|---|---|---|
| **Adobe Systems**<br>**75 Remittance Drive**<br>**Attn: President or Gen Counsel**<br>**Chicago, IL 60675-1025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|
| **Al Yellon**<br>**1424 W. Altgeld**<br>**Chicago, IL 60614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,489.12 |
|---|---|---|
| **Alexander Brown**<br>**20 Tremont Street**<br>**Cos Cob, CT 06807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **ONE Media Corp, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,881,831.25** |
|---|---|---|---|

**America One Holdings**
**C/o Gibson Dunn-William Rustum**
**200 Park Avenue**
**New York, NY 10166**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  demand note

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
|---|---|---|---|

**Andrew Crawford**
**765 Market Street, Apt. 1708**
**San Francisco, CA 94109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,507.00** |
|---|---|---|---|

**ART Arab Radio & Television**
**Second FL, West Wind Building**
**Harbour Drive**
**George Town 11111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Aser Media US LLC**
**Attn: Anthony Bailey**
**116 Washington Ave. 2nd Floor**
**North Haven, CT 06473**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71.43** |
|---|---|---|---|

**Atlanta Digital Security Syste**
**Attn: President or Gen Counsel**
**PO Box 124**
**McDonough, GA 30253**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,361.90** |
|---|---|---|---|

**Axel Technologies Oy**
**Lemminkaisenkatu 14-18 B**
**Turku FI 20520**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**AZB & Partners**
**Peninsula Corp. Park Ganpatrao**
**Kadam Marg. Lower Parel**
**Mumbai Maharashtra India400013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ONE Media Corp, Inc.** | Case number (if known) | |
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
| --- | --- | --- | --- |

**B4 Capital SA (Juventus TV)**
**Rue de la Chapella - L1325**
**Luxembourg R. CS LU B 132.740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __programming licenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600,000.00 |
| --- | --- | --- | --- |

**B4 Capital SA (Juventus TV)**
**Rue de la Chapella - L1325**
**Luxembourg R. CS LU B 132.740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __demand notes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,947.50 |
| --- | --- | --- | --- |

**Ballard Spahr LLP**
**Attn: Brett Weisenberg, Esq.**
**919 Third Avenue, 37th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,400.00 |
| --- | --- | --- | --- |

**Barry Rona**
**7987 Via Villaggio**
**West Palm Beach, FL 33412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $436.87 |
| --- | --- | --- | --- |

**Ben Lyttleton**
**53 Keslake Road**
**London UK NW6 6DH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
| --- | --- | --- | --- |

**Bill Mueller**
**37 Eastwood Drive**
**Massapequa Park, NY 11762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,269.14 |
| --- | --- | --- | --- |

**Brian Robins**
**37 Gould Avenue**
**Dobbs Ferry, NY 10522**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ONE Media Corp, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22**

Nonpriority creditor's name and mailing address

**British Sky Broadcasting Ltd.**
**1 Macintosh Road, Kirkton Camp**
**Livingston West Lothian UK**
**EH54 7BW**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,855.15**

---

**3.23**

Nonpriority creditor's name and mailing address

**BritishSkyBroadcastingLtd.(USD**
**1 Macintosh Road**
**West Lothian UK EH54 7BW**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$90,000.00**

---

**3.24**

Nonpriority creditor's name and mailing address

**Broadview Software**
**110 Adelaide St. East**
**Toronto, Ontario CA M5C 1K9**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$147,365.67**

---

**3.25**

Nonpriority creditor's name and mailing address

**CaliforniaCable & Telecom Asso**
**Attn: President or Gen Counsel**
**1001 K Street**
**Sacramento, CA 95814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.26**

Nonpriority creditor's name and mailing address

**Campo Communications LLC**
**Attn: President or Gen Counsel**
**41 Madison Avenue, Suite 3124**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$23,165.00**

---

**3.27**

Nonpriority creditor's name and mailing address

**Carlos DeMolina**
**7 South Yew Street**
**Glen Cove, NY 11542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.28**

Nonpriority creditor's name and mailing address

**Carter Scholer Arnett Hamada**
**Mockler**
**8150 N. Central Expressway**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,199.75**

---

| Debtor | **ONE Media Corp, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,257.27**

CBEYOND
Attn: President or Gen Counsel
PO Box 848432
Dallas, TX 75284-8432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$788.92**

Charter Comm
8783 60 003 0225315 Stockbridg
PO Box 742615
Cincinnati, OH 45274-2615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,798.53**

Charter Comm (BC)
8783 60 003 0148046 Stockbridg
PO Box 742615
Cincinnati, OH 45274-2615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

Chris Evans Air Conditioning
Attn: President or Gen Counsel
155 Stroud Road
McDonough, GA 30252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

Christian Araos
21 Kenswick Lane
Huntington Station, NY 11746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,654.10**

CIT
Attn: President or Gen Counsel
21146 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$783.60**

City of Stamford, Connecticut
Tax Collector
Stamford, CT 06904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ONE Media Corp, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,341.62**

Cogent Communications, Inc.
Attn: President or Gen Counsel
2450 N. Street, NW
Washington, DC 20037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,950.00**

Collins Video Services
Attn: President or Gen Counsel
788 Mt. Elam Road
Fitchburg, MA 01420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,935.14**

Corporate Branding Inc.
Source One Promo
2024 Brian Drive
Merrick, NY 11566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,000.00**

Council of Ivy Group President
228 Alexander Street, 2nd Fl
Princeton, NJ 08540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,920.82**

Covington & Burling LLP
333 Twin Dolphin Drive
Attn: President or Gen Counsel
Redwood Shores, CA 94065-1418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,398.23**

Crystal Rock LLC 50038747
Attn: President or Gen Counsel
PO Box 10028
Waterbury, CT 06725-0028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,000.00**

D2 Productions
Attn: President or Gen Counsel
One Kane Industrial Drive
Hudson, MA 01749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **ONE Media Corp, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,497.39** |
|---|---|---|---|
| | **Davis Wright Tremaine LLP**<br>**1201 Third Avenue Suite 2200**<br>**Attn: President or Gen Counsel**<br>**Seattle, WA 98101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|
| | **DCB Business Management Ltd.**<br>**Attn: President or Gen Counsel**<br>**175 Lahr Drive**<br>**Belleville ON, CN K8N 5S2** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,820.80** |
|---|---|---|---|
| | **DDI Leasing, Inc.**<br>**Attn: President or Gen Counsel**<br>**221 Somerville Road**<br>**Bedminster, NJ 07921** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$401.06** |
|---|---|---|---|
| | **DHL Express USA, Inc.**<br>**Attn: President or Gen Counsel**<br>**16592 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$420.41** |
|---|---|---|---|
| | **Dish Network**<br>**Attn: President or Gen Counsel**<br>**PO Box 94063**<br>**Palatine, IL 60094-4063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,520.00** |
|---|---|---|---|
| | **DLA Piper LLC (US)**<br>**Attn: President or Gen Counsel**<br>**1251 Ave of the Americas, 27FL**<br>**New York, NY 10020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|
| | **Donald McGee**<br>**318 Bond Avenue**<br>**Petaluma, CA 94954** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ONE MEDIA CORP, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address
**Duncan Castles**
**20 Eilean Rise**
**UK AB41 9NF**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.51** | Nonpriority creditor's name and mailing address
**Dylan Butler**
**5-25 117 Street**
**College Point, NY 11356**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.52** | Nonpriority creditor's name and mailing address
**Eddie Caggianelli**
**10 Brookridge Court**
**Rye Brook, NY 10573**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.53** | Nonpriority creditor's name and mailing address
**Eleven Sports Network Ltd.**
**Attn: President**
**24 Grosvenor Hill**
**London W1K 3QD**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.54** | Nonpriority creditor's name and mailing address
**Emerging Networks LLC**
**Attn:  Tom Marsillo**
**25 Laurel Brook Road**
**Lincroft, NJ 07738**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,930.50**

---

**3.55** | Nonpriority creditor's name and mailing address
**Eric Singer**
**218 Fairfield Drive East**
**Holbrook, NY 11741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.56** | Nonpriority creditor's name and mailing address
**FC Bayern Muenchen AG**
**Saebener Str. 51-57**
**Munich DE 81547**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$166,000.00**

---

| Debtor | ONE Media Corp, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**

**FEDEX**
**Attn: President or Gen Counsel**
**PO Box 660481**
**Dallas, TX 75266-0481**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,216.41**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Firebelly Sound & Picture**
**Alexander Leach**
**745 Post Road, Apt 201**
**Darien, CT 06820**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,230.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**First Insurance Funding Corp**
**Attn: President or Gen Counsel**
**450 Skokie Blvd.**
**Northbrook, IL 60062-7917**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$66.14**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**First Quality Maintenance**
**Attn: President or Gen Counsel**
**70 West 36th Street**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$260.48**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Frank Dell'Apa**
**183 N. Trurl Street**
**Hull, MA 02045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Frank Isola**
**12 Stonehenge Road**
**Montclair, NJ 07043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Freedom Broadcast Group LLC**
**Attn: President or Gen Counsel**
**99 80th Street**
**Brooklyn, NY 11209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$68,140.68**

---

| Debtor | ONE Media Corp, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,121.45**

Friedman & Wittenstein
599 Lexington Avenue
12th Floor
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

GCI Alaska Academic Decathalon
Attn: President or Gen Counsel
2550 Denali Street, Suite 1000
Anchorage, AK 99503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,390.12**

Georgia Dept of Revenue
Attn: President or Gen Counsel
PO Box 740397
Atlanta, GA 30374-0397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.18**

Georgia Natural Gas
004312899-4322575 Suite E
PO Box 105445
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$693.35**

Georgia Power
59033-34079 (Suite E-New)
96 Annex
Atlanta, GA 30396

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

Global Media Marketing
Attn: President or Gen Counsel
37 Nelson St., Unit B
Stamford, CT 06902

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00**

Graham Ruthven
11 Pistol Makers Row
Perthshire, United Kingdon UK
FK16 6BB

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **ONE Media Corp, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,000.00** |
|---|---|---|---|

**Greenwich Harbor Partners**
**Attn: President or Gen Counsel**
**500 West Putnam Ave Suite 400**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.72** |
|---|---|---|---|

**Hayley Mackay**
**10 Liberty Street, #35A,**
**New York, NY 10008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,975.00** |
|---|---|---|---|

**Hothouse**
**Attn: President or Gen Counsel**
**621 North Avenue NE**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,738.00** |
|---|---|---|---|

**IEC in Sports Intl Events**
**Artillergatan 42**
**Stockholm SE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$415,500.00** |
|---|---|---|---|

**IMG**
**1360 East 9th Street**
**Attn: President or Gen Counsel**
**Cleveland, OH 44114-1782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258,080.80** |
|---|---|---|---|

**Infront Sports & Media (China)**
**Co., Ltd. - CBA Building 29**
**YuquanGarden Beijing CA 100195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,864.00** |
|---|---|---|---|

**Infront Sports & Media AG -CHL**
**Grafenauweg 2**
**6304 Zug CH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **ONE Media Corp, Inc.**                                    Case number *(if known)* _____
     Name

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,500.00** |
|------|---|---|---|

**Inverleigh Media Hlds Pty Ltd**
**165 Bank Street**
**South Melbourne AU 3205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,626.11** |
|------|---|---|---|

**IPFS Corporation**
**Attn: President or Gen Counsel**
**PO Box 730223**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,950.00** |
|------|---|---|---|

**Jack Bell**
**787 Beach Place**
**New Milford, NJ 07646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|------|---|---|---|

**Jack Ford**
**320 Essex Avenue**
**Spring Lake, NJ 07762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,858.00** |
|------|---|---|---|

**Janusz Michallik**
**36 Norman Drive**
**Glastonbury, CT 06033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,500.00** |
|------|---|---|---|

**Jingle Punks Music, LLC**
**Attn: President or Gen Counsel**
**11 Park Place**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|------|---|---|---|

**John Duerden**
**105-1602 WorldCup Cham NuriApt**
**Seoul, KR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ONE Media Corp., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $970.00 |
|---|---|---|---|

**3.85**

**Nonpriority creditor's name and mailing address**
John E. Gibson
Tokyo-to, Nerima-Ku
JP

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$970.00

---

**3.86**

**Nonpriority creditor's name and mailing address**
John Vilade
44 Regent Circle
Basking Ridge, NJ 07920

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Claim related to unpaid vacation and damages from termination of employment agreement.__

Is the claim subject to offset? ☐ No ☐ Yes

$21,093.00

---

**3.87**

**Nonpriority creditor's name and mailing address**
JP Dellacamera
5 Bella Lane
Unionville, CT 06085

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$52,500.00

---

**3.88**

**Nonpriority creditor's name and mailing address**
JW Player (LongTailAdSolutions
Attn: President or Gen Counsel
8 West 38th Street, 6th Floor
New York, NY 10018

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$22,500.00

---

**3.89**

**Nonpriority creditor's name and mailing address**
K2 Marketing Group Inc.
Attn: President or Gen Counsel
Steamboat Springs, CO 80487

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$15,625.00

---

**3.90**

**Nonpriority creditor's name and mailing address**
Kenneth Dunek
41 Saddle Drive
Mount Laurel, NJ 08054

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$9,000.00

---

**3.91**

**Nonpriority creditor's name and mailing address**
Kevin Brown
653 Harvard Avenue
Baldwin, NY 11510

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$1,500.00

---

| Debtor | ONE Media Corp, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.92**

Nonpriority creditor's name and mailing address
**Keyport Keys, Inc.**
**Attn: President or Gen Counsel**
**158 Church Street**
**Keyport, NJ 07735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.93**

Nonpriority creditor's name and mailing address
**Lagardere Sports Asia Pte Ltd**
**8 Shenton Way**
**Singapore SG 068811**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$865,486.16**

---

**3.94**

Nonpriority creditor's name and mailing address
**Landmark Strategy Group, LLC**
**Attn: President or Gen Counsel**
**110 Ceder Road**
**Wilton, CT 06897**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.95**

Nonpriority creditor's name and mailing address
**Lawrence S. Roth**
**300 Ronbru Drive**
**New Rochelle, NY 10804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.96**

Nonpriority creditor's name and mailing address
**Linacre Media LLC**
**C/o Claudio Dessberg, Esq.**
**477 Madison Avenue Suite 530**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$163,612.71**

---

**3.97**

Nonpriority creditor's name and mailing address
**LTN Global Communications**
**Attn: President or Gen Counsel**
**8600 Foundry Street**
**Savage, MD 20763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,809.00**

---

**3.98**

Nonpriority creditor's name and mailing address
**Matchroom Sport Limited - Dart**
**15 The Mall**
**London UK E15 1XL**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$37,812.50**

---

| Debtor | **ONE Media Corp, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Matthew Carson**
**43-10 Crescent Street, Apt 530**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$423.28** |
|---|---|---|---|

**MBA Graphics**
**Attn: President or Gen Counsel**
**76 Progress Drive, Suite 230G**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,418.12** |
|---|---|---|---|

**MCarthy Tetrault LLP**
**Suite 5300,TD Bank Tower**
**Box 48, 66 Wellington St West**
**Toronto Ontario CN M5k 1E6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,623.00** |
|---|---|---|---|

**McCarer & English LLP**
**Attn: President or Gen Counsel**
**Four Gateway Center**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,687.21** |
|---|---|---|---|

**Megapath**
**Attn: President or Gen Counsel**
**Dept. 0324**
**Dallas, TX 75312-0324**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,791.50** |
|---|---|---|---|

**MERCER**
**Attn: President or Gen Counsel**
**PO BOX 730212**
**Dallas, TX 75373-0212**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,655.76** |
|---|---|---|---|

**Metrovision Production Group**
**Attn: President or Gen Counsel**
**315 West 53rd Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ONE Media Corp, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,900.00**

**Mike Petke**
**561 Buchanan Blvd.**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,320.00**

**Mitch Green**
**309 West Stevens Avenue**
**Wyckoff, NJ 07481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Mooers Immigration**
**Attn: President or Gen Counsel**
**8484 Georgia Avenue, Suite 920**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$235,252.00**

**MP & Silva LLC - Arsenal TV**
**1001 Brickell Bay Dr Suite2300**
**Attn: President or Gen Counsel**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,250.00**

**N+1 designstudio**
**Attn: President or Gen Counsel**
**311 University Drive**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,912.00**

**National Cable & Telecom Assoc**
**Membership Service Coordinator**
**Washington, DC 20001-1431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,900.00**

**National Cable TV Co-op (NCTC)**
**Attn: Lisa Miller**
**Lenexa, KS 66219-1392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ONE Media Corp, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.113**

**Nonpriority creditor's name and mailing address**

**NBC Sports Network**
**c/o NBC Universal Lock Box**
**NBC Universal PO Box 402971**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$13,411.00**

---

**3.114**

**Nonpriority creditor's name and mailing address**

**Office Depot**
**Dept 56 - 8200613016**
**Attn: President or Gen Counsel**
**Des Moines, IA 50368-9020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,017.00**

---

**3.115**

**Nonpriority creditor's name and mailing address**

**Office Team**
**A Robert Half Company**
**Attn: President or Gen Counsel**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$14,706.88**

---

**3.116**

**Nonpriority creditor's name and mailing address**

**OutMarket LLC, dba VocusMarket**
**Attn: President or Gen Counsel**
**12051 Indian Creek Court**
**Beltsville, MD 20705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,899.38**

---

**3.117**

**Nonpriority creditor's name and mailing address**

**P.S. Wolf Media, LLC**
**390 Lafayette Avenue #236**
**Attn: President or Gen Counsel**
**Hawthorne, NJ 07506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$19,247.98**

---

**3.118**

**Nonpriority creditor's name and mailing address**

**Park House Associates LTD**
**8 Shenton Way #30-01**
**Singapore HK 068811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,757.77**

---

**3.119**

**Nonpriority creditor's name and mailing address**

**Patrick Francis O'Keefe**
**279 Palmer Road**
**Yonkers, NY 10701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

| Debtor | ONE Media Corp, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address

**PCM/TigerDirect**
**FILE 55327**
**Los Angeles, CA 90074-5327**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,172.42**

---

**3.121** | Nonpriority creditor's name and mailing address

**Perform Media Channels Ltd.-**
**Sussex House**
**Feltham UK TW13 7HE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,500,000.00**

---

**3.122** | Nonpriority creditor's name and mailing address

**Perkins Eastman Architects DPC**
**Attn: President or Gen Counsel**
**115 Fifth Avenue**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,590.09**

---

**3.123** | Nonpriority creditor's name and mailing address

**Peter Pappas**
**500 Eaton Road**
**Drexel Hill, PA 19026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.124** | Nonpriority creditor's name and mailing address

**PITCH INTERNATIONAL LLP**
**17 Brewhouse Lane**
**Putney Wharf, London**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.125** | Nonpriority creditor's name and mailing address

**Pivot Media**
**Attn: President or Gen Counsel**
**PO box 306**
**Forest Grove, OR 97116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,185.00**

---

**3.126** | Nonpriority creditor's name and mailing address

**PlanSource Admin Services, Inc**
**Attn: President or Gen Counsel**
**PO Box 1313**
**Orlando, FL 32802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | ONE Media Corp, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.127**

**Nonpriority creditor's name and mailing address**
**Plansource for Oliver, Tom**
**Paid through Plansource**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,391.44**

---

**3.128**

**Nonpriority creditor's name and mailing address**
**PO Promo LTD CaribbeanPremier**
**61 Wandsworth Common West Side**
**London GB SW18 2ED**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$175,000.00**

---

**3.129**

**Nonpriority creditor's name and mailing address**
**PR Newswire Association LLC**
**Attn: President or Gen Counsel**
**350 Hudson Street, 3rd Floor**
**New York, NY 10014**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,350.00**

---

**3.130**

**Nonpriority creditor's name and mailing address**
**Pronology, LLC**
**Attn: President or Gen Counsel**
**1379 Park Western Drive**
**San Pedro, CA 90732**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$15,863.00**

---

**3.131**

**Nonpriority creditor's name and mailing address**
**RAI Exhibition**
**Europaplien 22, 1078 GZ**
**Amsterdam**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,858.28**

---

**3.132**

**Nonpriority creditor's name and mailing address**
**RCN Telecom Services, LLC**
**Attn: President or Gen Counsel**
**650 College Road East**
**Princeton, NJ 08540**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.133**

**Nonpriority creditor's name and mailing address**
**Renner Associates Co**
**650 Gilmour St**
**Ottawa CN K1R 5M1**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,153.69**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | ONE MEDIA CORP, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,463.00 |
|---|---|---|---|

**Ron Trinca Photography**
**Attn: President or Gen Counsel**
**205 First Street**
**Liverpool, NY 13088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,024.82 |
|---|---|---|---|

**RW Group**
**Attn: President or Gen Counsel**
**400 Old Forge Lane**
**Kennett Square, PA 19348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,928.32 |
|---|---|---|---|

**Safehosts/Saxon Data**
**Saxon House, Saxon Way**
**Cheltengam UK GL52 6QX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $890.00 |
|---|---|---|---|

**Satelite Telecommunications**
**Network**
**d.o.o., Kidriceva 22a Dob,**
**SI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Satnews Publishers**
**Attn: President or Gen Counsel**
**800 Siesta Way**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Sean Mangan**
**3 Innis Avenue**
**Lake Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|

**Sean Weiner**
**22 N. Washington Street**
**Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ONE Media Corp, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Serafino Ingardia**
**AcctName Mr. SERAFINO INGARDIA**
**Bank Name: NatWest (RBSIntl)**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$124,651.40** |
|---|---|---|---|

**SMT**
**3511 University Drive**
**Attn: President or Gen Counsel**
**Durham, NC 27707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,824.00** |
|---|---|---|---|

**Snell Advanced Media**
**Attn: President or Gen Counsel**
**3519 Pacific Avenue**
**Burbank, CA 91505**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,609.38** |
|---|---|---|---|

**SNL Financial LC**
**Attn: President or Gen Counsel**
**One SNL Plaza**
**Charlottesville, VA 22902**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,091.37** |
|---|---|---|---|

**Softbank Telecom Cor**
**Attn: President or Leg**
**9-1, Higashishinbashi 1-Chome**
**Minato-Ku, Tokyo 105-7316**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,091.37** |
|---|---|---|---|

**Softbank Telecom Corp.**
**9-1, Higashishinbashi 1-Chrome**
**Minato-Ku, Tokyo**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,659.06** |
|---|---|---|---|

**SP&G Printing & Graphics, Inc.**
**Attn: President or Gen Counsel**
**330 Fairfield Avenue**
**Stamford, CT 06902**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ONE Media Corp, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.148** | Nonpriority creditor's name and mailing address

**Sports Media Advisors, LLC**
**Attn: President or Gen Counsel**
**Lagardere Unlimited**
**New York, NY 10003**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,000.00**

---

**3.149** | Nonpriority creditor's name and mailing address

**Sports Video Group LLC**
**Attn: President or Gen Counsel**
**Attn: Accounts Receivable**
**New York, NY 10001**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,500.00**

---

**3.150** | Nonpriority creditor's name and mailing address

**SPRT, LLC**
**Attn: President or Gen Counsel**
**6800 Townline Road**
**Syracuse, NY 13211**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,449.00**

---

**3.151** | Nonpriority creditor's name and mailing address

**Stats**
**Attn: President or Gen Counsel**
**2775 Shermer Road**
**Northbrook, IL 60062**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$66,000.00**

---

**3.152** | Nonpriority creditor's name and mailing address

**Steve Cangialosi**
**150 Bedford Street**
**New York, NY 10014**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,800.00**

---

**3.153** | Nonpriority creditor's name and mailing address

**STORERTV, INC.**
**FKA Peter Storer & Assoc. Inc.**
**1361 W. Towne Square Road**
**Mequon, WI 53092**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$14,176.00**

---

**3.154** | Nonpriority creditor's name and mailing address

**Tanton and Company, LLC**
**Attn: President or Gen Counsel**
**37 West 57th Street, 5th Floor**
**New York, NY 10019**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,000.00**

---

| Debtor | **ONE Media Corp, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$202,883.64**

TATA Comm (America) Inc.
2355 Dulles Corner Blvd. #700
Attn: President or Gen Counsel
Herndon, VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,300.00**

TeamWork Online
Attn: President or Gen Counsel
22550 McCauley Road
Shaker Heights, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,457.92**

The Hartford
Attn: President or Gen Counsel
The Hartford
Hartford, CT

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,984.00**

TierPoint Hosted Solutions LLC
Attn: President or Gen Counsel
12444 Powerscourt Dr. Ste. 450
Saint Louis, MO 63131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$630.00**

Tim Champeaux
c/o Cunningham-Escott-Slevin-
Doherty
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,600.28**

Time Warner Cable
8150200071020074
PO Box 11820
Newark, NJ 07101-8120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,750.00**

Tina Cervasio
179 Winchester Court
Clifton, NJ 07013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | ONE Media Corp, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.162** | Nonpriority creditor's name and mailing address

**TMS International**
**18, Louisa Street, Suite 180**
**Ottawa, Ontario CN K1R 6Y6**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$163,228.00**

---

**3.163** | Nonpriority creditor's name and mailing address

**Tom Laidlaw**
**32 Ridge Blvd.**
**Rye Brook, NY 10573**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.164** | Nonpriority creditor's name and mailing address

**Total Sports Asia Ltd.**
**Level 20-1 CP Tower**
**Selangor MA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$43,830.00**

---

**3.165** | Nonpriority creditor's name and mailing address

**TPP Trademark and Patent**
**Przemyslowa 8/10 75-246 Kosza**
**Poland**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,146.54**

---

**3.166** | Nonpriority creditor's name and mailing address

**UFA Sports GmbH-KHL**
**Picassoplatz 1 D-50679 Koln**
**Handelsregister Koln HRB Nr.**
**DE 59287**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$288,675.00**

---

**3.167** | Nonpriority creditor's name and mailing address

**Univision Communications Inc.**
**605 Third Avenue, 33rd Floor**
**Attn: President or Gen Counsel**
**New York, NY 10158**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$200,000.00**

---

**3.168** | Nonpriority creditor's name and mailing address

**VENKY RAO EXPO CONSULTANTS INC**
**Attn: President or Gen Counsel**
**15-4135 Shipp Dr**
**Mississauga, ON**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | ONE Media Corp., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.169**

Nonpriority creditor's name and mailing address

**Verizon Wireless 220785463**
**Attn: President or Gen Counsel**
**Verizon Wireless**
**Dallas, TX**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,839.09**

---

**3.170**

Nonpriority creditor's name and mailing address

**Vonage**
**Attn: President or Gen Counsel**
**c/o 6125 Airport Fwy Suite 202**
**Texas**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$70.36**

---

**3.171**

Nonpriority creditor's name and mailing address

**William Spaulding**
**20 Randolph Street**
**South Weymouth, MA 02190**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,600.00**

---

**3.172**

Nonpriority creditor's name and mailing address

**Windstream Communications, Inc**
**Attn: President or Gen Counsel**
**PO Box 843006**
**Kansas City, MO 64184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,700.00**

---

**3.173**

Nonpriority creditor's name and mailing address

**Wise Components, Inc.**
**Attn: President or Gen Counsel**
**PO Box 11606**
**Newark, NJ 07101-5806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,996.54**

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.1** | **Adam Berman, Esq.**<br>**Adam Berman & Associates**<br>**655 Madison Avenue, 3rd Floor**<br>**New York, NY 10065** | Line **3.87**<br><br>☐ Not listed. Explain ____ | _ |
| **4.2** | **Edward M. Kelman, Esq.**<br>**60 East 42nd Street**<br>**Suite 4000**<br>**New York, NY 10165** | Line **3.161**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **ONE Media Corp, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Els Jacobs**<br>**Berkeley & Lawrence BV**<br>**Postbus 27, 419 CA Geldermalse**<br>**The Netherlands Kvk 1104398** | Line __3.131__<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Greenberg, Grant & Richards**<br>**Attn: Jason Rosado**<br>**5858 Westheimer Rd 5th Floor**<br>**Houston, TX 77057** | Line __3.21__<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **IMG Media**<br>**Attn: Hillary Mandel**<br>**11 Madison Avenue**<br>**New York, NY 10010** | Line __3.75__<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Jonathyan P. Freedman, Esq.**<br>**Freedman Legal Group, PLLC**<br>**60 E. 42nd Street, Suite 4600**<br>**New York, NY 10165** | Line __3.11__<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Mark J. Ventola, Esq.**<br>**Sheehan Phinney**<br>**225 State Street**<br>**Boston, MA 02109** | Line __2.6__<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **MP Silva**<br>**Attn: Frank Uddo**<br>**101 5th Avenue, 8th Floor**<br>**New York, NY 10003** | Line __3.109__<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Sheryl B. Galler, Esq.**<br>**Greenwald Doherty**<br>**630 Third Avenue, Suite 704**<br>**New York, NY 10017** | Line __3.86__<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Stempel Bennett Claman et al.**<br>**675 Third Avenue, 31st Floor**<br>**New York, NY 10017** | Line __3.3__<br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 244,760.88 |
| 5b. Total claims from Part 2 | 5b. + | $ 47,598,744.78 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 47,843,505.66 |

**Fill in this information to identify the case:**

Debtor name **ONE Media Corp, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for non-residential real property located at 750 Third Avenue, Room 2601, New York, NY location, dated August 1, 2014.** |
| State the term remaining | **Expires August 1, 2021** |
| List the contract number of any government contract | **750 Third Owner LLC C/o SL Green Realty Corp 420 Lexington Avenue New York, NY 10170** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Software License, Support & Services Agreement, Second Amendment dated September 22, 2010.** |
| State the term remaining | **Expires August 31, 2017** |
| List the contract number of any government contract | **Broadview Software Inc. Attn: Michael Atkin, President 110 Adelaide S., East 3rd Floo Toronto, ON M5C1K9** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Master Equipment Lease for various techology equipment, dated September 29, 2015.** |
| State the term remaining | **Expires November 1, 2018** |
| List the contract number of any government contract | **CIT,as assignee of DDI Leasing Attn: President or Gen Counsel 21146 Network Place Chicago, IL 60673** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **One World Sports Distribution Agreement dated September 8, 2015** |
| State the term remaining | **Vivicast Media LLC Attn: Stuart Smitherman, Pres 1775 Mariah Woods Blvd Memphis, TN 38117** |
| List the contract number of any | |

| Debtor 1 | **ONE Media Corp, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

**Fill in this information to identify the case:**

Debtor name    **ONE Media Corp, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          Zip Code | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy